170 A.3d 351

ALEXANDRA RODRIGUEZ, PLAINTIFF–RESPONDENT, v. WAL–MART STORES, INC., AND/OR WAL–MART STORES EAST, LP, AND/OR WAL–MART STORES EAST I, LP, DEFENDANTS–PETITIONERS.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004137–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.